

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>MAUREEN L WAITT,<br>    Debtor | Ch. 13<br><br>16-14357-CJP |

### ORDER

Upon consideration of the Motion of the Chapter 13 Trustee to Dismiss Case in which the Chapter 13 Trustee represents, inter alia, that the Debtor is in arrears under her Chapter 13 Plan, and the response filed by the Debtor, the Court may dismiss this case without further notice on or after DECEMBER 1, 2021 (the "Dismissal Deadline") unless prior to that date, the Debtor files an affidavit that she: (a) has cured all plan arrears that are the subject of the Chapter 13 Trustee's Motion to Dismiss; (b) is current on all payments which became due subsequent to the motion being filed, and (c) indicates the source of the funds used to cure the arrears. The forgoing affidavit must be supported by evidence of payment(s) to the Chapter 13 Trustee demonstrating payment. Alternatively, by the Dismissal Deadline, the Debtor and Chapter 13 Trustee may instead file a stipulation or agreed order providing for an agreed-upon schedule for payment of the arrearage.

Within ten (10) days of the filing of an affidavit by the Debtor, the Chapter 13 Trustee shall file either a Notice of Withdrawal with respect to the Motion to Dismiss or a Certificate of Non-Compliance stating that the Debtor has failed to cure all plan arrears.

Dated: 10/25/2021

By the Court,

Christopher J. Panos
United States Bankruptcy Judge